BAINES ET AL. *v.* CITY OF DANVILLE.

No. 959.  Decided June 20, 1966.

*Arthur Kinoy, William M. Kunstler* and *J. L. Williams* for petitioners.

*Rutledge C. Clement* for respondent.

PER CURIAM.

The motions to dispense with printing the petition for a writ of certiorari and the respondent's brief are granted. The petition for writ of certiorari is also granted and the judgments are affirmed. *City of Greenwood* v. *Peacock, ante,* p. 808.

THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN and MR. JUSTICE FORTAS would reverse the judgments for the reasons stated in the dissenting opinion of MR. JUSTICE DOUGLAS in *City of Greenwood* v. *Peacock, ante,* at 835.